UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

POSEIDON DREDGE AND
MARINE, INC.,

    Plaintiff/Counterclaim
    Defendant,

v.                                                                                  Case No. 3:25-cv-1002-MMH-LLL

ST. JOHNS SHIP BUILDING, INC.,

    Defendant/Counterclaim
    Plaintiff,

and

POSEIDON BARGE 1102, in rem,

    Counterclaim Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. On October 20, 2025, Plaintiff/Counterclaim Defendant Poseidon Dredge and Marine, Inc. (Poseidon), filed an answer and affirmative defenses to Defendant/Counterclaimant St. Johns Ship Building, Inc.'s (St. Johns) counterclaims. See Plaintiff/Counter-Defendant, Poseidon Dredge & Marine, Inc.'s Answer and Affirmative Defenses to Defendant/Counter-Claimant, St. Johns Ship Building, Inc.'s Counterclaims (Doc. 13; Answer to St. Johns's Counterclaims); see also

Defendant St. Johns Ship Building Inc.'s Answer, Affirmative Defenses and Verified Counterclaims (Doc. 9), filed September 29, 2025.

In its first affirmative defense, Poseidon purports to "incorporate[] its pleaded affirmative claims against St. Johns (Doc. 1) as if set forth fully" therein. See Answer to St. Johns's Counterclaims at 5. Poseidon then states that "St. Johns' Counterclaims are barred, in whole or in part, as a result thereof." Id. In effect, this affirmative defense incorporates Poseidon's entire complaint into the Answer to St. Johns's Counterclaims. See Plaintiff's Verified Complaint (Doc. 1; Complaint), filed August 29, 2025. At best, this manner of pleading is confusing. At worst, it is improper. As such, Poseidon's first affirmative defense is due to be stricken. If Poseidon wishes to assert affirmative defenses, it must properly plead them in its answer and not simply reincorporate its entire Complaint with no indication as to how or why the claims it sets forth there are affirmative bars to St. Johns's counterclaims.

Accordingly, it is

**ORDERED:**

1. The first affirmative defense Poseidon sets forth in Plaintiff/Counter-Defendant, Poseidon Dredge & Marine, Inc.'s Answer and Affirmative Defenses to Defendant/Counter-Claimant, St.

Johns Ship Building, Inc.'s Counterclaims (Doc. 13 at 5) is **STRICKEN**.

2. On or before **November 12, 2025**, Poseidon may file an amended answer to Defendant St. Johns Ship Building Inc.'s Answer, Affirmative Defenses and Verified Counterclaims (Doc. 9).

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of October, 2025.

MARCIA MORALES HOWARD
United States District Judge

lc33

Copies to:
Counsel of Record